UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
DAVID M PORTER  
SUSAN P PORTER  
44 W PARKSIDE DR  
POWELL, OH  43065

Case No:   04-53507

Judge:   CHARLES M. CALDWELL

SUSAN P PORTER  
44 W PARKSIDE DR  
POWELL, OH  43065

SSN(S):    XXX-XX-5442  
            XXX-XX-5386

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   February 24, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| EMERGE MASTERCARD<br>PO BOX 23034<br>COLUMBUS, GA  319023034 | 22.08 |